UNITED STATES DISTRICT COURT

District of Oregon

Benedict Thema

8325 SW Mohawk St APT 220

Tualatin, Oregon 97062

btpro@live.com

919-827-2921


Benedict Thema

Plaintiff,

v.

Intel Corporation

Defendant.


Case No 3:23-CV-222-IM


**AMENDED COMPLAINT**

Plaintiff, Benedict Thema appearing pro se, presents this amended complaint with respect to the events leading to the wrongful termination and subsequent consequences and amends the complaint as follows:

**I. Introduction:**

This complaint seeks to address and rectify the unlawful termination and discriminatory treatment of Mr. Thema at the hands of Intel, his former employer. His exemplary work performance and commitment to his job duties made him a valuable asset to the organization,

which makes the sudden and unjustified termination all the more puzzling and, upon reflection, indicative of deeper, systemic issues at play within the company.

## II. Background and Parties:

Mr. Thema was a dedicated and hard-working employee of Intel, from August 25, 2018 until his abrupt and unjust termination on November 23rd, 2021. Throughout his tenure, he demonstrated exceptional proficiency in his role and consistently contributed positively to the company.

## III. Factual Allegations:

A. Distinguished Performance:

Mr. Thema's employment history at Intel is a testament to his dedication, skill, and work ethic. Not only did he consistently meet the job requirements, but he frequently went above and beyond. Each year, Intel's evaluation of Mr. Thema's performance surpassed expectations. By 2018, his performance reviews highlighted his capability to exceed the grade expectations set for him at his time of employment. In the subsequent years, 2019 and 2020, the positive trend in his evaluations continued without falter. His unique skill set, combined with his commitment to excellence, led his management to seek his expertise in training across various shifts. Intel's reliance on Mr. Thema's capabilities was evident when he was frequently approached throughout 2019 and 2020 to provide training, cover critical responsibilities, and extend essential support across different shifts.

B. Incident leading to reporting on October 28th, 2021:

Mr. Thema faced a deeply disturbing and traumatizing event at his workplace. He felt it was his responsibility and right to report an incident of body violation and/or sexual assault by a white co-worker to his immediate supervisor.

C. Details Surrounding the Incident:

<u>At the time of the unsettling occurrence, the white female coworker involved was operating in a capacity similar to Mr. Thema, both being technicians and holding comparable responsibilities. The coworker's actions on that fateful day were not only an infringement on Mr. Thema's personal space but also bordered on a grave violation that can be identified as both sexual in nature and assaultive in character. Recognizing the severity and the potential implications of such an act, Mr. Thema took the immediate step of reporting this violation to his direct manager on October 28th, 2021, trusting that Intel would address this with the gravity it deserved.</u>

D. Retaliatory Actions:

In the aftermath of the report, rather than receiving support and assurance of a safe work environment, Mr. Thema was subjected to retaliation. Instead of addressing the issue head-on, Intel opted to place Mr. Thema on administrative leave. This was soon followed by his unjust termination on November 23rd, 2021. The decision was not only shocking but also seemed tainted with racial discrimination, suggesting deeper issues of workplace inequality. Furthermore, the company's decision to retain the white female coworker without any apparent disciplinary actions at the time of his termination is deeply concerning and highlights a stark contrast in how the two employees were treated post the incident.

**IV. Relief Sought:**

In light of the above circumstances and the subsequent trauma, loss, and discrimination faced by Mr. Thema:

A. Plaintiff requests a full reinstatement to his previous position, ensuring all benefits, seniority, and privileges are restored as if this unfortunate chain of events never transpired.

B. He seeks compensation for all lost wages and benefits accrued from the date of his wrongful termination to the present, with an applicable interest rate.

C. Should reinstatement prove unviable or inappropriate, Mr. Thema requests front pay to compensate for potential future lost wages and associated benefits.

D Considering the emotional distress, tarnished reputation, and psychological impact of these events, compensatory damages are sought.

E. To address the legal proceedings and associated costs, reasonable attorney's fees are requested.

F. Any additional relief the honorable Court deems fit, just, and proper in these circumstances is fervently sought.

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Brenda K. Baumgart, OSB No. 992160

brenda.baumgart@stoel.com

Sophie Shaddy-Famsworth, OSB No. 205180

sophie.shaddy-famsworth@stoel.com


September 27th, 2023

Benedict Thema