IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| **BENEDICT THEMA,** | ) | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.: **3:23-cv-00222-IM** |
| **INTEL CORPORATION,** | **)** | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) **Intel Corporation** pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*Benedict Thema*
Signature of plaintiffs or plaintiff's counsel

8325 SW Mohawk St APT 220
Address

Tualatin, OR 97062
City, State & Zip Code

919-827-2921
Telephone Number

Dated: July 19, 2024

/s/ Sophie Shaddy-Farnsworth
Signature of defendants or defendant's counsel

760 SW Ninth Avenue, Suite 3000
Address

Portland, OR 97205
City, State & Zip Code

503-224-3380
Telephone Number

Dated: July 19, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on July 19th, 2024 a true and correct copy of the foregoing Stipulation of Voluntary Dismissal was served via the following methods:

**CM/ECF** // Sent to:
BRENDA K. BAUMGART, OSB No. 992160
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180

**Email** // Sent to:
BRENDA K. BAUMGART, OSB No. 992160
brenda.baumgart@stoel.com
SOPHIE SHADDY-FARNSWORTH, OSB No. 205180
sophie.shaddy-farnsworth@stoel.com


BENEDICT THEMA